AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

U.S. DISTRICT COURT
DISTRICT OF NEW MEXICO
2019 JUN 25 AM 10: 18
CLERK-LAS CRUCES

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Brooke Chandler (DOB: 02/23/1995) | )<br>)<br>) Case No. 19-720 MR<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ New Mexico
*(identify the person or describe the property to be searched and give its location)*:

The person known as Brooke Chandler with the last four of his social security number 1765.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

DNA samples from Brooke Chandler, in the form of buccal cells on oral swabs. The oral swabs will be collected from the inside cheeck portion of the mouth to sufficiently collect buccal cells.

**YOU ARE COMMANDED** to execute this warrant on or before   July 2, 2019   *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   Gregory J. Fouratt   .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   6/18/19  08 22         _____
                                                *Judge's signature*

City and state:   Las Cruces, NM              Gregory J. Fouratt, U.S. Magistrate Judge
                                                *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 19-720MR | 6/20/19  9:20 am | Brooke Chandler |

Inventory made in the presence of:
S/A King

Inventory of the property taken and name of any person(s) seized:

(2) Buccal swabs from inside cheek of Brooke Chandler for DNA collection.

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6/24/19

_____
Executing officer's signature

Joseph Tessitore   SA
Printed name and title